IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-

JACOB A. KANATZAR,

        Defendant.

Criminal Action No.
24-00067-01-CR-W-DGK

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**:    Count One    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner
    Case Agent: ATF Special Agent Derek Garth
    Defense: Willis Toney

**OUTSTANDING MOTIONS**:    Defendant's Motion to Dismiss Indictment and Request for Hearing (Doc. 22); *Report & Recommendation filed 6/5/24 (Doc. 26)*

    Defendant's Motion in Limine regarding Defendant's March 5, 2024, arrest and corresponding recovery of property (Doc. 25)

**ANTICIPATED MOTIONS**:    The Government plans to file a Rule 404(b) Notice.

**TRIAL WITNESSES**:
    Government: 11 with stipulations; 12 without stipulations
    Defense: 6-7 witnesses, including Defendant who will testify

**TRIAL EXHIBITS**:
    Government: approximately 100 exhibits
    Defense: no additional exhibits

**DEFENSES**:
    (  ) defense of general denial
    ( x ) defenses of general denial and self defense

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial                    (  ) Possibly for trial
    (  ) Motion to continue to be filed    (x) Plea agreement has been executed

**TRIAL TIME: 2 ½ days**
    Government's case including jury selection: 2 days
    Defense case: ½ day

**STIPULATIONS**:
    (  )    not likely
    (  )    not appropriate
    (x)    likely as to:
        (  )    chain of custody
        (  )    chemist's reports
        (x)    prior felony conviction
        (x)    interstate nexus of firearm
        (  )    other: _____

**UNUSUAL QUESTIONS OF LAW**:    Defendant will request a jury instruction on self defense.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:
    Government:    June 24, 2024
    Defense:    June 24, 2024
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:    June 24, 2024
    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:    June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing July 8, 2024

**OTHER**:
    (  )    A _____-speaking interpreter is required.
    (  )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                                */s/ Jill A. Morris*
                                              JILL A. MORRIS
                                              United States Magistrate Judge